**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1890**

_____

In re: RENATO JAY SCANTLEBURY,

                Petitioner.

_____

On Petition for Writ of Mandamus.  (5:09-cr-00254-D-1)

_____

Submitted:  September 11, 2012    Decided:  September 17, 2012

_____

Before NIEMEYER, WYNN, and FLOYD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Renato Jay Scantlebury, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renato Jay Scantlebury petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for habeas corpus relief under 28 U.S.C.A. § 2255 (West Supp. 2012). He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED